**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JENELL D. LOWE                                                                                                    PLAINTIFF

v.                                              NO. 4:16CV00328 JLH

ARKANSAS STATE HOSPITAL                                                                          DEFENDANT

**ORDER**

On June 10, 2016, the Court entered an Order directing JeNell D. Lowe to file an amended complaint within thirty (30) days. The Court informed Lowe in the Order that failure to file an amended complaint within thirty (30) days could result in her complaint being dismissed without prejudice. Lowe has not filed an amended complaint, nor has she responded in any way to this Order from the Court. Local Rule 5.5(c)(2) provides, "If any communication from the court to a pro se plaintiff is not responded to within thirty (30) days, that case may be dismissed without prejudice." Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE