IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENELL D. LOWE                                                                                      PLAINTIFF

v.                                              NO. 4:16CV00328 JLH

ARKANSAS STATE HOSPITAL                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE